UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM NIBLE, | ) | CV F- 06-01716 OWW DLB P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION TO |
| | ) | AMEND COMPLAINT |
| v. | ) | |
| | ) | |
| KNOWLES, et.al., | ) | [DOC 3] |
| Defendant. | ) | |
| | ) | |

    Plaintiff is a prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint in this action on November 28, 2006. On November 28, 2006, plaintiff also filed a motion to amend the complaint. While it is unclear why plaintiff would seek leave to amend the complaint at the time of filing, plaintiff may amend the complaint without leave of court prior to service of defendants.

    Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Fed. R. Civ. Pro. 15(a). The complaint in this case has not yet been served on defendants.

    Accordingly, plaintiff's motion to file an amended complaint is GRANTED. Plaintiff shall

1  file an amended complaint within 30 days of this Order.

2      IT IS SO ORDERED.

3      Dated:   August 31, 2007               /s/ Dennis L. Beck
                                                   UNITED STATES MAGISTRATE JUDGE