UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM NIBLE, | ) | CV F- 06-01716 OWW DLB P |
| | ) | |
| Plaintiff, | ) | ORDER RE PLAINTIFF'S MOTION |
| | ) | FOR SERVICE BY THE UNITED |
| v. | ) | STATES MARSHAL |
| | ) | |
| KNOWLES, et.al., | ) | ORDER RE PLAINTIFF'S MOTION |
| Defendant. | ) | FOR SUBPOENA DUCES TECUM |
| | ) | |
| | | [DOCS 4, 5] |

Plaintiff is a prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint in this action on November 28, 2006. On November 28, 2006, plaintiff also filed a motion for service of the summons and complaint by the United States Marshal and a motion for subpoenas duces tecum.

Plaintiff's application to proceed in forma pauperis was granted on March 1, 2007. The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity, prior to service of the complaint by the United States Marshal. *See* 28 U.S.C. § 1915A(a). The Court has not yet screened plaintiff's plaintiff. Accordingly, plaintiff's motion for service is DENIED as premature.

Plaintiff's request for subpoenas is also premature. As noted in the Informational Order issued March 1, 2007, after an answer is filed, the Court will issue an order opening discovery and

1  setting the deadlines for completing discovery.  Accordingly, plaintiff's motion for issuance of a
2  subpoena duces tecum is DENIED.
3       IT IS SO ORDERED.
4       **Dated:   August 31, 2007**　　　　　　　　/s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE