IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NIBLE, | CASE NO. 1:06-cv-1716 OWW DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS |
| vs. | |
| WARDEN M. KNOWLES, et al., | (Doc. 19.) |
| Defendants. | |

Plaintiff William Nible ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 4, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff filed an Objection to the Findings and Recommendations on September 2, 2008.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 4, 2008, is adopted in full; and
2. This action is dismissed against defendants Gricewich and Pfeiffer for failure to state a claim upon which relief may be granted under section 1983; and
3. This action shall proceed only against the mail room Doe defendant for violation of Plaintiff's First Amendment right to send and receive mail.

IT IS SO ORDERED.

Dated:  June 11, 2009            /s/ Oliver W. Wanger
                                 UNITED STATES DISTRICT JUDGE