IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NIBLE,<br><br>        Plaintiff,<br><br>  vs.<br><br>WARDEN M. KNOWLES, et al.,<br><br>        Defendants.<br>_____/ | Case No. 1:06-cv-1716 OWW DLB PC<br><br>ORDER RE MOTION TO AMEND SUMMONS<br><br>(Doc. 26)<br><br>SECOND AMENDED COMPLAINT DUE IN THIRTY (30) DAYS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the instant action on November 28, 2006. This action is proceeding against mail room Doe defendant for violation of Plaintiff's First Amendment right to send and receive mail.

On October 9, 2008, the summons for the Doe defendant was returned unexecuted, stating "person unknown". On January 15, 2009, Plaintiff filed a motion stating that the unknown Doe defendant is E. Flores. Plaintiff requests, <u>inter alia</u>, that the summons be amended to name the proper defendant.

Because Plaintiff has identified the unknown defendant upon which this action proceeds, Plaintiff is to file a Second Amended Complaint, substituting E. Flores as a defendant in this action. Plaintiff's second amended complaint is due within thirty (30) days of service of this order.

   IT IS SO ORDERED.

    **Dated:   June 19, 2009**           **/s/ Dennis L. Beck**
                                                     UNITED STATES MAGISTRATE JUDGE