1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9     WILLIAM NIBLE,                         CASE NO. 1:06-cv-1716 OWW DLB PC

10               Plaintiff,           ORDER FINDING SERVICE OF SECOND
AMENDED COMPLAINT APPROPRIATE,

11       v.                                 AND FORWARDING SERVICE
DOCUMENTS TO PLAINTIFF FOR

12     WARDEN M. KNOWLES, et al.,          COMPLETION AND RETURN WITHIN
THIRTY DAYS

13             Defendants.

14                                   (Doc. 29)

15 _____/

16       Plaintiff William Nible ("Plaintiff") is a state prisoner proceeding pro se and in forma

17 pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on

18 November 28, 2006.  The Court has screened Plaintiff's second amended complaint pursuant to 28

19 U.S.C. § 1915A and finds that it states cognizable claims for relief under section 1983 against

20 Defendant E. Flores for violation of the First Amendment of the United States Constitution.  Fed.

21 R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152,

22 1157-58 (9th Cir. 2008).  Accordingly, it is HEREBY ORDERED that:

23       1.      Service is appropriate for the following defendants:

24                 E. FLORES, ASSOCIATE WARDEN

25       2.      The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons,

26               a Notice of Submission of Documents form, an instruction sheet and a copy of the

27               second amended complaint filed July 21, 2009.

28       3.      Within **thirty (30) days** from the date of this order, Plaintiff shall complete the

1

1    attached Notice of Submission of Documents and submit the completed Notice to the

2    Court with the following documents:

3        a.    Completed summons;

4        b.    One completed USM-285 form for each defendant listed above; and

5        c.    Two (2) copies of the endorsed second amended complaint filed July 21,

6              2009.

7    4.   Plaintiff need not attempt service on Defendant and need not request waiver of

8         service.  Upon receipt of the above-described documents, the Court will direct the

9         United States Marshal to serve the above-named defendant pursuant to Federal Rule

10        of Civil Procedure 4 without payment of costs.

11   5.   The failure to comply with this order will result in a recommendation that this action

12        be dismissed.

13

14   IT IS SO ORDERED.

15   **Dated:    August 13, 2009**                    _____/s/ **Dennis L. Beck**_____
                                                      UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28