IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NIBLE, | CASE NO. 1:06-cv-01716 DLB PC |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO RESPOND TO MOTION TO DISMISS |
| v. | (Doc. 36) |
| M. KNOWLES, et al., | |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff William Nible ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On December 4, 2009, Defendant E. Flores filed a motion to dismiss. Plaintiff has not filed an opposition or statement of non-opposition to the motion.

Plaintiff is HEREBY ORDERED to file a response to the motion within thirty (30) days of service of this order. Failure to comply with this order will result in dismissal of this action for failure to obey a court order.

IT IS SO ORDERED.

Dated: **January 6, 2010**   /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE