# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NIBLE, | CASE NO. 1:06-CV-01716-BAM PC |
| Plaintiff, | ORDER PROVIDING TRAVEL EXPENSE FOR PLAINTIFF'S PROPOSED UNINCARCERATED WITNESSES TO BE SUBPOENAED |
| v. | |
| E. FLORES, et al., | |
| Defendants. | |

Plaintiff William Nible ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's second amended complaint against Defendant E. Flores for violation of the First Amendment.

Pursuant to the Court's Second Scheduling Order, Plaintiff was required to notify the Court of the names and location of each unincarcerated witness he intends to call at trial. The Court would then inform the Plaintiff of the travel expense for each witness he wishes to subpoena and require Plaintiff to submit a money order, made payable to the witness. The appropriate amount is a daily fee of $40.00 plus travel expenses. 28 U.S.C. § 1821. Plaintiff is required to submit these money orders prior to the issuance of any subpoena. The Court will require Plaintiff to submit money orders by February 10, 2012 pursuant to the deadlines

prescribed in the Second Scheduling Order.

## I. Kern Valley State Prison Witnesses

Plaintiff wishes to call K. Spray, A. Hedgpeth, Enoch Flores, Ron Nipper, Hamlin, Blackstone, and J. Ybarra as witnesses. Plaintiff lists the location of these witnesses at 3000 Cecil Road, Delano, California, 93216.  The Court presumes Plaintiff refers to 3000 W. Cecil Avenue, the actual address of Kern Valley State Prison.  The round trip mileage from Delano to Fresno is 161.6 miles.  The mileage rate is $ 0.51 per mile.  The total mileage fee is $ 82.42. Accordingly, for all witnesses from Kern Valley State Prison whom Plaintiff wishes to subpoena, Plaintiff must submit a money order made payable to each witness in the amount of **$ 122.42**.

## II. Witness Millie Hickman

Plaintiff wishes to call Millie Hickman as a witness.  Plaintiff lists the location of this witness at 1070 Matson Road, Auburn, California, 95603.  The round trip mileage from Auburn to Fresno is 406 miles.  The mileage rate is $ 0.51 per mile.  The total mileage fee is $ 207.06. Accordingly, for Plaintiff to subpoena the attendance of Millie Hickman as a witness, Plaintiff must submit a money order made payable to Millie Hickman in the amount of **$ 247.06**.

IT IS SO ORDERED.

Dated:  **January 26, 2012**                    /s/ **Barbara A. McAuliffe**
                                                                UNITED STATES MAGISTRATE JUDGE