# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NIBLE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>E. FLORES, et al.,<br><br>　　　　　　Defendants.<br>_____ / | CASE NO. 1:06-CV-01716-BAM PC<br><br>ORDER DIRECTING SERVICE OF SUBPOENAS ON WITNESSES BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS |

　　　　Plaintiff is proceeding pro se and in forma pauperis in this civil rights action.  Plaintiff has submitted the required money orders made payable to the witnesses **Lieutenant Blackstone, Lieutenant Hamlin, Captain Ron Nipper, and K. Spray**, being commanded to appear at trial on March 27, 2012.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The Clerk of the Court is directed to forward the following documents to the United States Marshal:

　　　　　　　(1)　　Four completed and issued subpoenas to be served on:

**Lieutenant Blackstone**
**3000 West Cecil Avenue**
**Delano, CA 93216-6000**

**Lieutenant Hamlin**
**3000 West Cecil Avenue**
**Delano, CA 93216-6000**

**Captain Ron Nipper**
**3000 West Cecil Avenue**
**Delano, CA 93216-6000**

1

                **K. Spray**
                **3000 West Cecil Avenue**
                **Delano, CA 93216-6000**;

    (2)    Four completed USM-285 forms;

    (3)    One money order #58911738776 in the amount of $122.42, made payable to **Lieutenant Blackstone;**

    (4)    One money order #58911738765 in the amount of $122.42, made payable to **Lieutenant Hamlin;**

    (5)    One money order #58911738787 in the amount of $122.42, made payable to **Captain Ron Nipper**;

    (6)    One money order #58911738798 in the amount of $122.42, made payable to **K. Spray;**

    (7)    Five copies of this order, one to accompany each subpoena, plus an extra copy for the Marshal.

2. Within **twenty (20) days** from the date of service of this order, the United States Marshal is directed to serve the subpoenas and money orders in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3. The United States Marshal shall effect personal service and a copy of this order upon the named individuals in the subpoenas pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

4. Within **ten (10) days** after personal service is effected, the United States Marshal shall file the return of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on the USM-285 form.

IT IS SO ORDERED.

**Dated:**   February 13, 2012             /s/ **Barbara A. McAuliffe**
                                          UNITED STATES MAGISTRATE JUDGE