1

2

3

4

5

6

7

8                              **UNITED STATES DISTRICT COURT**

9                                EASTERN DISTRICT OF CALIFORNIA

10

WILLIAM NIBLE,                                CASE NO. 1:06-cv-01716-BAM PC
11
                               Plaintiff,     ORDER GRANTING PLAINTIFF'S MOTION
12                                            TO MODIFY PRETRIAL ORDER (DOC. 86)
        v.
13
E. FLORES, et al.,
14

15                             Defendants.
                                                        /
16   _____

17        Plaintiff William Nible ("Plaintiff") is a California state prisoner proceeding pro se and in

18   forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This case is proceeding on

19   Plaintiff's second amended complaint, filed July 21, 2009, against Defendant E. Flores for violation

20   of the First Amendment.  On February 29, 2012, Plaintiff filed a motion to modify the Court's

21   February 13, 2012 Pretrial Order.

22        Plaintiff contends that 1) Millie Hickman should be included on Plaintiff's witness list and

23   2) Plaintiff's exhibit, barristerbooks.com 1983 Litigation in a Nut Shell, order #058-4668727-

24   0442946, and June 9, 2006, order # S0-80126, book by Judge Bork, should be included on Plaintiff's

25   exhibit list.

26        Pursuant to Rule 16(e) of the Federal Rules of Civil Procedure, the final pretrial order may

27   be modified by the Court to prevent manifest injustice.  *Galdamez v. Potter*, 415 F.3d 1015, 1020

28   (9th Cir. 2005).  The Court finds cause to modify the pretrial order.

                                                  1

1    Accordingly, it is HEREBY ORDERED that:

2        1.      Millie Hickman is included on Plaintiff's witness list in the February 13, 2012

3                Pretrial Order at Section VII, subsection A;

4        2.      barristerbooks.com 1983 Litigation in a Nut Shell, order #058-4668727-0442946,

5                and June 9, 2006, order # S0-80126, book by Judge Bork are included as exhibits on

6                Plaintiff's exhibit list at Section VIII, subsection A; and

7        3.      All other provisions of the Pretrial Order remain in effect.

8    IT IS SO ORDERED.

9    **Dated:**   **March 1, 2012**                    /s/ **Barbara A. McAuliffe**
                                                      UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28